**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**September 10, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 02-31112**
_____

**DAVID MARTIN,**

**Plaintiff-Appellant,**

**versus**

**PRIDE OFFSHORE, INC.,**

**Defendant-Appellee.**

---

Appeal from the United States District Court
for the Eastern District of Louisiana
Lower Docket No. 99-CV-3357

---

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of oral argument, the briefs and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.